ORIGINAL

**FILED**

04/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0433

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0433

IN RE THE PARENTING OF;

A.M.O.,

Minor Child.

AVANLEE CHRISTINE OKRAGLY,

Petitioner and Appellee,

and

SEBASTIAN ALEXANDER KEITEL,

Respondent,

and

FREDERICK J. KEITEL, III,

Proposed Intervenor and Appellant.

O R D E R

**FILED**

APR - 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Before the Court are Appellee Avanlee Okragly's motions to strike the Appellant's Reply Brief and to Seal the Case Record in this matter. Appellant Frederick Keitel has not responded to the motions.

In a January 4, 2024 Order, this Court granted Avanlee's motion to seal Appellant's opening brief and took under advisement her motion to strike the opening brief. Avanlee asserts that Keitel has, despite the Court's order, submitted in his additional filings "myriad outrageous and disparaging allegations about members of this State's Bar Association and judiciary who are not parties to this cause of action . . . with the sole intent to make this information public." Avanlee seeks additional relief to include restrictions on Keitel's ability to make additional filings without involvement of counsel and attorney's fees incurred

in conjunction with the motions.

Similar to the Opening Brief, the Court finds good cause to seal Keitel's reply brief. As evidenced by the decision rendered this date, however, the issue on appeal is resolved as a matter of statutory procedure. The Court has not found it necessary to consider Keitel's other arguments or included the disputed material in its Opinion.

IT IS THEREFORE ORDERED that the motion to seal Intervenor and Appellant's Reply Brief is GRANTED. The Clerk is directed to file the brief under seal.

IT IS FURTHER ORDERED that the motion to strike Intervenor and Appellant's opening and reply briefs and for other relief is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel and parties of record.

DATED this 2nd day of April, 2024.

_____

_____

_____

_____

_____
Justices